UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BRUCE GRANT,

       Plaintiff,        Case No.: 1:15-cv-321
               Hon. Paul L. Maloney
               United States District Judge

v.

INTERURBAN TRANSIT
PARTNERSHIP, a/k/a
THE RAPID,

       Defendant.


_____


H. Rhett Pinsky (P18920)
Attorney for Plaintiff
Pinsky, Smith, Fayette & Kenendy, LLP
146 Monroe Center St., NW-Suite 805
Grand Rapids, MI 49503
(616) 451-8496
HRPinsky@sbcglobal.net

Karen A. Smyth (P43009)
Attorneys for Defendant
Lipson, Neilson, Cole, Seltzer & Garin, P.C.
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
(248) 593-5000
ksmyth@lipsonneilson.com

---

**STIPULATATION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, through counsel, hereby enter this Agreed Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, reflecting that Plaintiff is voluntarily **dismissing** the present civil action, *with prejudice*, as the Plaintiff's claims against Defendant are time barred.

Dated:  April 16, 2015

SO STIPULATED:

| | |
|---|---|
|   /s/ H. Rhett Pinsky |   /s/ Karen A. Smyth |
| H. Rhett Pinsky (P18920) | Karen A. Smyth (P43009) |
| Attorney for Plaintiff | Attorney for Defendant |
| Pinsky, Smith, Fayette | Lipson, Neilson, Cole, Seltzer & |
| Kenendy, LLP | Garin, P.C. |
| 146 Monroe Center St, NW-Suite 805 | 3910 Telegraph Road, Suite 200 |
| Grand Rapids, Michigan 49503 | Bloomfield Hills, Michigan 48302 |
| (616) 451-8496 | (248) 593-5000 |
| HRPinsky@sbcglobal.net | ksmyth@lipsonneilson.com |